No. 1275. BUTTERMAN ET UX. *v.* WALSTON & CO., INC., ET AL. C. A. 7th Cir. Certiorari denied. *Robert S. O'Shea* for petitioners.

No. 1230. SOUTHERN PACIFIC CO. *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN. C. A. D. C. Cir. Certiorari denied. *Francis M. Shea, Richard T. Conway, Ralph J. Moore, Jr., James R. Wolfe,* and *Tom Martin Davis* for petitioner. *Milton Kramer, Harold C. Heiss,* and *Russell B. Day* for respondent.

No. 1264. INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. *v.* PHILADELPHIA MARINE TRADE ASSN. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioners. *Francis A. Scanlan* for respondent.

No. 1271. GILSTRAP ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert B. Thompson* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1278. PRUITT ET UX. *v.* HELENE CURTIS INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Eugene Gressman* for petitioners. *Elmer H. Parish* for respondent Cosmair, Inc.

No. 1289. COCHRAN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Robert B. Thompson* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.